UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAIME LUEVANO,

    Petitioner,

v.

TEXAS DISTRICT COURT JUDGE, et al,

    Respondents.

Case No. 24-cv-04514-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On July 25, 2024, Petitioner, a Texas state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He also filed an *in forma pauperis* application; however, he did not file copies of the Certificate of Funds and prisoner trust account statement. On the same date, the Clerk of the Court sent a notification to Petitioner informing him that his action could not go forward until he either paid the fee or submitted copies of the Certificate of Funds and prisoner trust account statement within twenty-eight days. Petitioner was also informed that the failure to pay the filing fee or file the requisite documents within the twenty-eight day deadline shall result in dismissal of this action.

More than twenty-eight days have passed, and Petitioner has not paid the filing fee or filed the requisite documents.

IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. Petitioner's *in forma pauperis* application is DENIED as incomplete. The Clerk of the Court shall terminate all pending motions and close the file.

This Order terminates Docket No. 4.

IT IS SO ORDERED.

Dated: January 6, 2025

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge